# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| **ROBIN RENEE SANDERSON,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:16-cv-00547 |
| | ) | Chief Judge Crenshaw |
| **METRO PUBLIC SCHOOLS, INC.,** *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Because (1) no action has been taken in this discrimination case since Plaintiff filed a right-to-sue letter on April 14, 2016, and (2) Plaintiff did not respond to an Order requiring her to show cause as to why the case should not be dismissed for failure to prosecute, the Magistrate Judge has entered a Report and Recommendation (Doc. No. 13) recommending exactly that outcome. Plaintiff has filed no objections. Having reviewed the matter *de novo* in accordance with Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition, including that the "less drastic" sanction of dismissal without prejudice be imposed.

Accordingly, the Report and Recommendation (Doc. No. 13) is hereby **ADOPTED** and **APPROVED**, and this action is hereby **DISMISSED WITHOUT PREJUDICE.**

The Clerk of the Court shall enter a final Judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE